UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JAMES DOWTIN**,

        Plaintiff,

v.                                                                                                                      Case No: 6:25-cv-2075-AGM-DCI

**UNITED STATES**,

        Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court on initial review of Plaintiff's Motion for Removal of Writ ("Complaint," Doc. # 1). Plaintiff, proceeding pro se, initiated this case by filing the Complaint. Plaintiff is incarcerated at the John E. Polk Correctional Facility and has not paid the filing fee or moved to proceed *in forma pauperis*.

It is unclear whether Plaintiff is seeking civil rights relief or habeas corpus relief. In either case, the Complaint is not written on the civil rights complaint form or on the federal habeas corpus form required for use by *pro se* litigants. *See* Local Rule 6.04(a) ("A pro se person in custody must use the standard form . . . to file . . . an application under 28 U.S.C. § 2254 or . . . a complaint, such as a 42 U.S.C. § 1983 complaint, that alleges a violation of the United States Constitution or other federal law by a governmental official.").

Further, Plaintiff's allegations are difficult to decipher and reveal no constitutional violations. Plaintiff has failed to allege the basis upon which he requests relief or the manner in which this Court has jurisdiction over this case. As currently written, the Complaint fails to contain much of the information required in a civil rights complaint or a habeas petition.

If Plaintiff chooses to file a civil rights complaint in this Court to address any alleged constitutional violations, he must submit a fully completed civil rights complaint form for cases filed

1

by incarcerated individuals under 42 U.S.C. § 1983, and he must submit a copy of the form for each Defendant for service of process. The form requires a plaintiff to include detailed information regarding the defendant(s) a plaintiff intends to sue, the plaintiff's litigation history, a statement of the plaintiff's claims and facts, and the relief the plaintiff requests. If Plaintiff chooses to file a federal habeas petition, he must submit a fully completed federal habeas corpus form.

If Plaintiff desires to proceed *in forma pauperis* in this Court, he must submit a fully completed affidavit of indigency. The Clerk's Office shall send to Plaintiff the form for a civil rights complaint, the form for a § 2254 federal habeas corpus petition, and the form for a motion to proceed *in forma pauperis*. If Plaintiff chooses to file a new case, he must complete and submit the appropriate forms. Plaintiff should not place this case number on the form(s), as the Clerk of the Court will assign a separate case number.

As a result, this case will be dismissed without prejudice to allow Plaintiff to properly file a civil rights complaint or federal habeas corpus petition and to either pay the appropriate filing fee or submit an affidavit of indigency to the Court.

Accordingly, it is now

**ORDERED** and **ADJUDGED** that:

1. This case is **DISMISSED without prejudice**; and
2. The Clerk of the Court is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida, on November 21, 2025.

_____
ANNE-LEIGH GAYLORD MOE
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party